UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                            Chapter 7

Dianne Lynn. Lunn                                 Case No. 16-20163-PRW

                    Debtor.
-------------------------------------------------------x
Dianne L. Lunn

                                Adv. No: 2-16-02014

                    Plantiffff,
-against-                                         **AFFIDAVIT OF SERVICE**

WestVue NPL Trust II,                             Hearing Date and Time:
                                                  June 23, 2016 at 9:00 am

                                                  Judge: Hon. Paul R. Warren

                    Defendant.
-------------------------------------------------------x

    **Ken Urban**, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

    That on May 27, 2016 deponent served the annexed **NOTICE OF MOTION TO DISMISS ADVERSARY PROCEEDING, AFFIRMATION IN SUPPORT AND SUPPORTING EXHIBITS** on the following parties at the addresses designated by them for that purpose, by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

    DIANNE LYNN LUNN
    Pro Se Plaintiff
    926 Burritt Rd
    Hilton, NY 14468

Sworn to before me on this 27th day of May, 2016

/s/ Michael Manniello
NOTARY PUBLIC
Notary Public, State of New York
No. 02MA4941349
Qualified in Suffolk County
Commission Expires August 1, 2018