# Peter T. Roach & Associates, P.C.
Attorneys at Law
6901 Jericho Turnpike, Suite 240
Syosset, NY 11791

Telephone (516) 938-3100
Facsimile (516) 931-4403
www.roachlawfirm.com

**June 21, 2016**

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

      **RE: DIANNE LYNN LUNN**
      Adv. No: 2-16-02014-PRW / Case No. 16-20163 Chapter 7

Honorable and Dear Judge Warren:

This firm is counsel for Defendant WestVue NPL Trust II which moved to dismiss the Complaint filed herein with a hearing date of June 23, 2016. Debtor/Plaintiff thereafter filed an Amended Complaint. We therefore respectfully request permission to serve an amended motion to dismiss the amended complaint and that the hearing date on the amended motion be July 14, 2016.

   Thank you for your courtesy.

                                           Respectfully yours,

                                           */S/Michael C. Manniello*
                                           Michael C. Manniello