UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

DIANNE LYNN LUNN,

Debtor.

Bankruptcy Case No. 16-20163-PRW
Chapter 7

---

DIANNE LYNN LUNN,

Plaintiff,

vs.

WESTVUE NPL TRUST II,

Defendant.

Adversary Proceeding No. 16-2014-PRW

## SCHEDULING ORDER

**WHEREAS**, Defendant Westvue NPL Trust II ("Westvue") submitted a letter, requesting an adjourned hearing date on its Motion to Dismiss and the opportunity to file an Amended Motion to Dismiss in response to Plaintiff Dianne Lunn's ("Lunn") Amended Complaint (ECF No. 12); it is hereby

**ORDERED**, that Westvue's Amended Motion to Dismiss or other Response to the Amended Complaint must be filed with the Court and served on Lunn (by overnight courier) by close of business on **July 6, 2016**; and it is further

**ORDERED**, that Lunn's Reply to Westvue's Amended Motion to Dismiss or other Response must be filed with the Court and served on Westvue by close of business on **July 13, 2016**; and it is further

**ORDERED**, that Westvue's Surreply, if any, must be filed with the Court and served on Lunn by close of business on **July 15, 2016**; and it is further

**ORDERED**, that all filings must be placed in the Court's physical possession as of the above deadlines—not merely placed in the mail by those dates—to give the Court ample opportunity to review the filings; and it is further

**ORDERED**, that the Amended Motion to Dismiss will be heard on **July 20, 2016 at 9:00 a.m.**; and it is further

**ORDERED**, that no further amendments of the Complaint will be permitted without leave of the Court, as required by Rule 15(a)(2) FRCP and Rule 7015 FRBP.

**IT IS SO ORDERED.**

Dated: June 22, 2016
Rochester, New York

HON. PAUL R. WARREN
UNITED STATES BANKRUPTCY JUDGE