United States Bankruptcy Court
Western District of New York

Lunn,
    Plaintiff

Adv. Proc. No. 16-02014-PRW

WestVue NPL Trust II,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0209-2     User: saetta     Page 1 of 1     Date Rcvd: Sep 12, 2016
                      Form ID: pdforder    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
pla            +Dianne L. Lunn,    926 Burritt Road,    Hilton, NY 14468-9720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
         Michael C. Manniello, Sr.    on behalf of Defendant    WestVue NPL Trust II
           michael.manniello@roachlawfirm.com,    bankruptcy@roachlawfirm.com
                                                                                                            TOTAL: 1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    DIANNE LYNN LUNN,

        Debtor.

Case No. 16-20163-PRW
Chapter 7

DIANNE LYNN LUNN,

        Plaintiff,

v.

WESTVUE NPL TRUST II,

        Defendant.

AP No. 16-2014-PRW

## ORDER
## TAKING MOTION TO DISMISS UNDER SUBMISSION

**WHEREAS**, on August 2, 2016, Plaintiff filed a Second Amended Complaint in this matter (ECF AP No. 31); and

**WHEREAS**, the Defendant submitted a Motion to Dismiss Adversary Proceeding ("Motion to Dismiss") on August 26, 2016 (ECF AP No. 32); and

**WHEREAS**, the Defendant's Motion to Dismiss is scheduled for a hearing on September 15, 2016 at 9:00a.m.; and

**WHEREAS**, on September 12, 2015, Plaintiff filed Opposition to Defendant's Motion to Dismiss the Second Amended Complaint (ECF AP No. 35); it is hereby

**ORDERED**, that the Court hereby takes the Motion to Dismiss under submission, without oral argument or appearances on September 15, 2016.

**IT IS SO ORDERED.**

Dated: September 12, 2016
       Rochester, New York

_____
HONORABLE PAUL R. WARREN
UNITED STATES BANKRUPTCY JUDGE